*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   September 29, 2016                    D-58-16
_____

In the Matter of MADELINE
    SHEILA GALVIN, an Attorney.

COMMITTEE ON PROFESSIONAL
    STANDARDS,
                        Petitioner;          MEMORANDUM AND ORDER
                                                  ON MOTION
MADELINE SHEILA GALVIN,
                        Respondent.

(Attorney Registration No. 1319680)

_____


Calendar Date:   September 6, 2016

Before:  McCarthy, J.P., Garry, Rose, Devine and Clark, JJ.

                        _____


        Monica A. Duffy, Committee on Professional Standards,
Albany (Sarah A. Richards of counsel), for petitioner.

        Corrigan, McCoy & Bush, PLLC, Rensselaer (Scott W. Bush of
counsel), for respondent.

                        _____


Per Curiam.

        Respondent was admitted to practice by this Court in 1974
and currently maintains an office for the practice of law in the
Town of Bethlehem, Albany County.

        By decision and order entered September 22, 2011, this
Court suspended respondent from the practice of law for a period
of two years, but stayed the suspension upon certain conditions
(87 AD3d 1223, 1224 [2011]).  Subsequently, petitioner moved to
vacate the stay of the suspension, alleging that respondent had
not fully complied with this Court's order.  This Court

thereafter, by order entered December 10, 2015, denied the motion to vacate, but nonetheless extended the stayed suspension for an additional year upon certain conditions (134 AD3d 1297 [2015]). Respondent now moves for termination of the stayed suspension and provides an affidavit attesting that she has fully complied with the conditions of the stay. Petitioner does not oppose the motion, which we now grant.

In doing so, we initially note that this Court's extension of respondent's stayed suspension is not set to expire until December 2016. Nevertheless, under the particular circumstances herein, we find no basis to treat respondent's motion as premature. Respondent has provided satisfactory proof that she fulfilled all required conditions for reinstatement, including taking and passing the Multistate Professional Responsibility Exam. Significantly, petitioner does not oppose respondent's motion and indicates that respondent is in compliance with this Court's directives. Accordingly, we deem it appropriate to grant respondent's request for immediate termination of her stayed suspension (see Matter of Paul, 120 AD3d 1462 [2014]).

McCarthy, J.P., Garry, Rose, Devine and Clark, JJ., concur.

ORDERED that respondent's motion is granted, and the stayed suspension imposed by this Court's order entered September 22, 2011, as extended by order entered December 10, 2015, is terminated, effective immediately.

ENTER:

Robert D. Mayberger
Clerk of the Court